VON S. HEINZ
Nevada Bar No. 859
vheinz@lrlaw.com
JENNIFER K. HOSTETLER
Nevada Bar No. 11994
jhostetler@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for Defendants*
*Alan Bell, David J. Hennigar,*
*Derek H.L. Buntain, Malen S. Ng,*
*Melvin A. Rhinelander, Charles H.*
*Roadman, II, Michael J. Spector,*
*and Assisted Living Concepts, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEE OLSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN BELL, DAVID J. HENNIGAR, DEREK H.L. BUNTAIN, MALEN S. NG, MELVIN A. RHINELANDER, CHARLES H. ROADMAN, II, MICHAEL J. SPECTOR, AND ASSISTED LIVING CONCEPTS, INC.<br><br>Defendants, | Case No. 2:13-cv-00571-JAD-NJK<br><br>**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS** |

Counsel for Defendants Alan Bell, David J. Hennigar, Derek H.L. Buntain, Malen S. Ng, Melvin A. Rhinelander, Charles H. Roadman, II, Michael J. Spector, and Assisted Living Concepts, Inc. gives notice that effective September 1, 2013 Lewis and Roca LLP will change its name to Lewis Roca Rothgerber LLP.

///

///

///

3717952.1

1  In addition, the email addresses for the attorneys who have appeared in this case for Lewis
2  and Roca LLP will change as follows:

3  VHeinz@lrlaw.com to VHeinz@lrrlaw.com

4  JHostetler@lrlaw.com to JHostetler@lrrlaw.com

5  All other contact information for the firm and its lawyers will remain the same.

6  Dated this 29th day of August, 2013.

LEWIS AND ROCA LLP


By  /s/ Von S. Heinz
    VON S. HEINZ
    Nevada Bar No.  859
    JENNIFER K. HOSTETLER
    Nevada Bar No.  11994
    3993 Howard Hughes Parkway
    Suite 600
    Las Vegas, Nevada  89169
*Attorneys for Defendants*
*Alan Bell, David J. Hennigar, Derek H.L. Buntain,*
*Malen S. Ng, Melvin A. Rhinelander,*
*Charles H. Roadman, II, Michael J. Spector,*
*and Assisted Living Concepts, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

 /s/ *Judy Estrada*
An Employee of Lewis and Roca