**MUCKLEROY JOHNSON**
MARTIN A. MUCKLEROY
6077 S. Fort Apache Road, Suite 140
Las Vegas, Nevada 89148
Telephone: (702) 997-0097
Facsimile: (702) 938-4065
martin@muckleroyjohnson.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LEE OLSON, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>ALAN BELL, DAVID J. HENNIGAR, DEREK H.L. BUNTAIN, MALEN S. NG, MELVIN A. RHINELANDER, CHARLES H. ROADMAN, II, MICHAEL J. SPECTOR, ASSISTED LIVING CONCEPTS, INC., TPG CAPITAL, L.P., AID MERGER SUB, LLC, and AID HOLDINGS, LLC,<br><br>                    Defendants. | Case No. 2:13-cv-00571-JAD-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, LEE OLSON, on behalf of himself and all others similarly situated (hereinafter "Plaintiff"), by and through his undersigned attorneys, MUCKLEROY JOHNSON, hereby voluntarily dismiss this action, with prejudice, pursuant to Fed.R.Civ.P. 41(A)(1), which provides that dismissal of an action, may be accomplished "before the opposing party enters either an answer or a motion for summary judgment."

///

///

Here, Defendants have not filed an answer or moved for summary judgment. Therefore, Plaintiff respectfully requests that the Clerk of the Court dismiss this action with prejudice and close this case.

DATED: October 1, 2014

**MUCKLEROY JOHNSON**

By: */s/ Martin A. Muckleroy*
Martin A. Muckleroy, Esq.
6077 S. Fort Apache Road, Suite 140
Las Vegas, Nevada 89148
Telephone: (702) 997-0097
Facsimile: (702) 938-4065

*Of Counsel*:

**FARUQI & FARUQI, LLP**
Juan E. Monteverde
Antonio Vozzolo
369 Lexington Ave., Tenth Floor
New York, NY  10017
Tel: (212) 983-9330
Fax: (212) 983-9331

*Attorneys for Plaintiff*